

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

14-481M

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| Plaintiff, | |
| v. | |
| Joaquin Torres | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

 (A) (✓) the appearance of defendant as required; and/or

 (B) (·) the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he can admit by convos men_

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: __2/28/14__

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2